## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** | CASE NUMBER: *CR00-01286-CBM* |
| v. *Robert Amiryan* **DEFENDANT(S).** | **REPORT COMMENCING CRIMINAL ACTION** |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest: *3/14/2013*      *6:30*      ☐ AM / ☒ PM

2.  Defendant is in lock-up (in this court building)   Yes ☒      No ☐

3.  Charges under which defendant has been booked:
    *Probation Violation*

4.  Offense charged is a: ☒ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor

5.  U.S. Citizen: ☐ Yes     ☐ No     ☐ Unknown   *Out of status*

6.  Interpreter Required: ☒ No     ☐ Yes: _____ (Language)

7.  Year of Birth: *1978*

8.  The defendant is:  ☒ Presently in custody on this charge.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

9.  Place of detention (if out-of-district): _____

10. Date detainer placed on defendant: *05/04/2005*

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )

12. Does the defendant have retained counsel ?     ☒ No
    ☐ Yes    Name: _____ and Phone Number: _____

13. Did you notify Pretrial Services?     ☐ No
    ☒ If yes, please list Officer's Name: *FERNANDO B.*    Time: *9:00*  ☒ AM / PM

14. Remarks (if any): _____

15. Date: *3/15/2013*           16. Name: *Jacques Sandoval* (Please Print)
17. Agency: *HSI*                18. Signature: _____
19. Office Phone Number: *562-577-7407*

CR-64 (06/09)          **REPORT COMMENCING CRIMINAL ACTION**