FILED
CLERK, U.S. DISTRICT
MAR 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Robert Amiryan<br>    Defendant. | CR- 00-01286- CBM<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

1   The court concludes:
2   A.   ( )   Defendant poses a risk to the safety of other persons or the community
3         because defendant has not demonstrated by clear and convincing
4         evidence that:
5         _____
6         _____
7         _____
8         _____
9
10  (B)  ( )   Defendant is a flight risk because defendant has not shown by clear
11        and convincing evidence that:
12        _____
13        _____
14        _____
15        _____
16
17        IT IS ORDERED that defendant be detained.
18
19  DATED: 3-15-2013

                                    [signature]
                                    _____
                                    JOHN E. MCDERMOTT
                                    UNITED STATES MAGISTRATE JUDGE