**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA vs.**
ROBERT AMIRYAN (CUSTODY)

Docket No. CR00-1286 CBM

---

## JUDGMENT AND COMMITMENT ORDER

---

On March 26, 2013, the defendant appeared with Samuel Josephs, DFPD, appointed counsel. The defendant was arraigned and admitted that he had violated the conditions of Supervised Release, (allegations 1,2, 3 and 4).

The Court finds that the defendant has violated the conditions of Supervised Release and orders that the term of Supervised Release be revoked, vacated and set aside.

The Court asked whether the defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, IT IS ORDERED that the defendant be and is hereby committed to the custody of the Bureau of Prisons for a term of One (1) Month, with no supervision to follow.

IT IS ORDERED that the defendant shall receive credit for time served.

The defendant was advised of his right to appeal, and if the defendant wishes to file a Notice of Appeal, defense counsel shall file said Notice of Appeal on behalf of the defendant.

IT IS ORDERED that the defendant shall keep the 9th Circuit advised of his current address.

It is ordered that the Clerk deliver a copy of this Judgment and Commitment Order on the U. S. Marshal or other authorized representative which shall serve as the commitment of the defendant.

Dated/Filed: Mar. 26, 2013     4/5/13

Terry Nafisi, Clerk
by _____
Joseph M. Levario
Deputy Clerk

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE